UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| XOCHITL DIAZ, | § |
| | § |
| Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. 5:13-CV-53 |
| | § |
| COMMERCIAL RECOVERY SYSTEMS, INC., | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

For the reasons stated in a Memorandum and Order of February 3, 2014, the Court granted default judgment for Plaintiff Xochitl Diaz in this action to recover statutory damages from Defendant Commercial Recovery Systems, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (the "Act"). The Court also held that Plaintiff is entitled to her attorney's fees and costs as contemplated by the Act. Accordingly, Plaintiff shall have and recover damages from Defendant in the following sums:

(1) $1,000 in statutory damages; and

(2) $2,723 in attorney's fees and costs.

Post-judgment interest shall accrue at a rate of 0.12%, computed daily to the date of payment and compounded annually, as prescribed by 28 U.S.C. § 1961(b). Plaintiff shall be entitled to seek execution on this Judgment when 14 days have passed. Fed. R. Civ. P. 62(a).

The Clerk of Court is DIRECTED to TERMINATE this case.

This is a FINAL JUDGMENT.

SIGNED this 13th day of February, 2014.

_____
Diana Saldaña
United States District Judge